```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-01-291 WBS |
|---|---|---|
| Plaintiff, | ) | **GOVERNMENT'S MOTION TO DISMISS; [PROPOSED ORDER]** |
| v. | ) | |
| VLADISLAV "VIC" KHONDARKOVSKY, | ) | |
| Defendant. | ) | |

   The United States of America, plaintiff herein, by and through its undersigned attorney, hereby moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Information in the above-entitled matter.  Further investigation in this matter, since the time the Information was filed, has revealed that the defendant's role in the scheme was less than had original been thought.  This minor role, together with the defendant's excellent cooperation both in a number of cases in this District has well as in the Central District of California leaves the government to conclude that a dismissal of this case is in the interest of justice.  This is particularly true since the defendant will be sentenced in the Central

1

District of California on an unrelated scheme, where he has provided extensive cooperation, and that it was anticipated that the sentence in this District would simply be concurrent with whatever sentence was imposed in the Central District.

Based on the foregoing, the government requests the Court dismiss the Information in this matter.

```
                                   Respectfully submitted,

                                   MCGREGOR W. SCOTT
                                   United States Attorney


DATED: December 23, 2005    By:    /s/ Daniel S. Linhardt
                                   DANIEL S. LINHARDT
                                   Assistant U.S. Attorney
```
_____

ORDER

IT IS SO ORDERED the case is dismissed.

DATED: December 23, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE